# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      REBECCA T DILWORTH

      Debtor(s)

Case No. 08-08378

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2008.

2) The plan was confirmed on 10/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/16/2013.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,842.96 | |
| Less amount refunded to debtor | $242.95 | |
| **NET RECEIPTS:** | | **$9,600.01** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,100.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $560.58 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,660.58** |

Attorney fees paid and disclosed by debtor:     $400.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A ALL FINANCIAL SERVICES | Unsecured | 998.61 | 1,062.08 | 1,062.08 | 400.55 | 0.00 |
| AAA CHECKMATE | Unsecured | 1,072.00 | 1,026.03 | 1,026.03 | 387.00 | 0.00 |
| AFFILIATED CREDIT SERVICE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| ALL FINANCIAL SERVICES | Unsecured | 1,083.13 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL | Unsecured | 340.00 | 431.23 | NA | 0.00 | 0.00 |
| AMERICA'S FINANCIAL CHOICE | Unsecured | NA | 895.23 | 895.23 | 336.68 | 0.00 |
| BEST CASH ADVANCE | Unsecured | 529.00 | 589.75 | 589.75 | 221.79 | 0.00 |
| BEST PAYDAY LOAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CASH AMERICA | Unsecured | 600.00 | 500.00 | 500.00 | 188.04 | 0.00 |
| CASH SUPPLY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CASH TRANSFER CENTERS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 816.78 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 2,500.00 | 1,870.00 | 1,870.00 | 712.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 435.00 | 432.68 | 432.68 | 162.72 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 432.68 | NA | 0.00 | 0.00 |
| COOK BROTHER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CUB FOODS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CUB FOODS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 415.00 | 415.00 | 156.07 | 0.00 |
| FSM GROUPING CORP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SVC LLC | Unsecured | 300.00 | 335.00 | 335.00 | 125.99 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 415.00 | 415.00 | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 687.64 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL | Unsecured | 4,020.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INSTANT CASH ADVANCE | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH ADVANCE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| INTERM CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 869.00 | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 843.00 | 843.00 | 843.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 47.33 | 47.33 | 47.33 | 0.00 |
| KNS FUNDING INC | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| KNS FUNDING INC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| LIFE TOUCH NATL SCHOOL STUDIOS | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 1,570.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MEIJER IN STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEIJER IN STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEIJER IN STORE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 600.00 | 690.26 | 690.26 | 259.59 | 0.00 |
| MISSOURI PAYDAY LOAN (MAURAU | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| NCO MARLIN | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY DEBIT | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| PAY DAY ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY/GAS | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 800.00 | 867.17 | 867.17 | 326.13 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,891.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,000.00 | 1,786.60 | 1,786.60 | 673.87 | 0.00 |
| PREMIER BANK CARD | Unsecured | 459.00 | 459.44 | 459.44 | 172.79 | 0.00 |
| QUICK PAYDAY | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY RESOURCES | Unsecured | 80.50 | NA | NA | 0.00 | 0.00 |
| REWARD 666 VISA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 290.00 | 290.00 | 109.06 | 0.00 |
| RUSH PRESBYTERIAN EMERG SERV | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES ME | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RWDS660 DSB | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| SANTA BARBARA BK & TRUST | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 827.90 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL LENDERS INC | Unsecured | 487.00 | 487.89 | 487.89 | 183.49 | 0.00 |
| US BANK/ELAN/RETAIL PAYMENT S | Unsecured | 1,600.00 | 1,679.13 | 1,679.13 | 633.33 | 0.00 |
| USA PAYDAY LOAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| VANRU CREDIT | Unsecured | 426.33 | NA | NA | 0.00 | 0.00 |
| WALMART DISCOVER | Unsecured | 524.98 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 121.12 | NA | NA | 0.00 | 0.00 |
| WESTSIDE PATHOLOGY ASSOCIATE | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 1,793.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $843.00 | $843.00 | $0.00 |
| **TOTAL PRIORITY**: | **$843.00** | **$843.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$13,433.59** | **$5,096.43** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,660.58 |
| Disbursements to Creditors | $5,939.43 |
| **TOTAL DISBURSEMENTS** : | **$9,600.01** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/30/2013                    By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**